

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff                                            CRIMINAL NO.:  4:23cr17
Hampton Roads Regional Jail
2690 Elmhurst Lane
Portsmouth, VA 23701
(757) 488-7500

WE COMMAND YOU to surrender the body of IZIAHA TISDALE, detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The said United States Marshal is directed to produce the body before the United States District Court for the Eastern District of Virginia, at 600 Granby Street, Norfolk, Virginia, on the **21st day of July, 2023, at 2:00 p.m.**, and at such other times as this Court may direct, then and there to do, submit to, and receive whatsoever the Court shall then and there determine. The body thereafter shall forthwith be returned by the United States Marshal to the above-referenced institution and custody, and you have then and there this writ.

WITNESS, the Honorable Robert J. Krask, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 14th day of July, 2023.

FERNANDO GALINDO, CLERK

/s/ juh

By: J. Hiemer, Deputy Clerk